# Court of Appeals
# of the State of Georgia

ATLANTA, __February 21, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A0881.  THOMPSON v. THE STATE.**

The pro se Appellant in the captioned appeal was provided with a docketing notice from this Court informing the Appellant that the appeal was docketed in this Court on December 26, 2012 and that Appellant's brief, including enumeration of errors, was due to be filed within 20 days of docketing.  In accordance with the docketing notice and the rules of this Court, Appellant's brief and enumeration of errors was due to be filed no later than January 15, 2013. Court of Appeals Rule 23 (a).  Because Appellant did not timely file a brief and enumeration of errors by January 15, 2013, nor did Appellant obtain an extension of time for filing, this appeal is DISMISSED. *Whittle v. State*, 210 Ga. App. 841 (437 SE2d 842) (1993); Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __02/21/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*